Marie Heaton, Formerly Marie Brunett Andrews, Plaintiff-Appellant, v. John T. Andrews, Defendant-Appellee.

Gen. No. 11,552.

Second District, First Division.
February 8, 1962.
Rehearing denied March 6, 1962.

Besse & Besse, of Sterling, for appellant; Elwin S. Wadsworth, of Dixon, for appellee. Opinion by JUDGE McNEAL. Not to be published in full.